**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: )<br>)<br>OMNI EXAVATORS, INC. )<br>)<br>    Debtor. )<br>_____) <br>)<br>FARIBA AMIRI )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>OMNI EXCAVATORS, INC., et. al. )<br>)<br>    Defendants. )<br>_____) | Case No. 24-00050<br>Chapter 11<br><br><br><br><br><br><br><br>Adv. No. _____ |

### NOTICE OF REMOVAL

COMES NOW Fariba Amiri ("Amiri" or "Plaintiff"), Plaintiff and a creditor and party-in-interest in this bankruptcy case, by counsel, Dawn C. Stewart, Esq. of The Stewart Law Firm, PLLC, pursuant to 28 U.S.C. §§ 157, 1331, 1334 and 1452 and Bankruptcy Rule 9027, hereby files this Notice of Removal of *Amiri v. Omni Excavators, Inc. et. al*. Case No. 1:18-cv-00586 ("Removed Case") from the United States District Court for the District of Columbia to this Court. As grounds for removal, Plaintiff states:

**I.    PLEADINGS**

1.    The plaintiff, Fariba Amiri ("Plaintiff"), filed a Complaint against Debtor/Defendant arising from, among other things, breach of contract, failure to pay wages, and multiple civil rights violations in the United States District Court for the District of Columbia.

2.    Jurisdiction is based on 28 U.S.C. § 1331.

1

II. **REMOVAL IS PROPER IN THIS CASE**

    A. **Removal is timely and this Court has jurisdiction as this matter involves a federal question and is related to this bankruptcy**.

3. Removal is timely pursuant to Rule 9027 (a)(2) because Plaintiff's Notice of Removal was made within ninety (90) days of the Order for relief in this Chapter 11 case.

4. The Complaint requests judgment against the Debtor/Defendant for, among other things, violations of Title VII of the Civil Rights Act 42 U.S.C. §2000(e) and federal question jurisdiction is appropriate under 28 U.S.C. § 1331.

    B. **Venue and other requirements are satisfied**

5. This Court has jurisdiction of this action by reason of federal question jurisdiction and venue is appropriate under 11 U.S.C. §157 (c) as the removed matter is related to a case under Title 11 of the United States Code.

6. A true and legible copy of all process, pleadings, and orders served upon defendant in the original U.S. District Court action as of this date are attached hereto as "**Exhibit A**".

7. Contemporaneously herewith, counsel for Plaintiff is filing a copy of this Notice of Removal (without exhibits) with the U.S. District Court for the District of Columbia. A copy of this Notice of Removal is being served upon counsel for all Defendants.

8. Plaintiff consents to this Court to hear and determine issues and enter judgment and appropriate orders in the removed matter.

WHEREFORE, the Plaintiff respectfully requests to remove this Action from the United States District Court for the District of Columbia to the United States Bankruptcy Court for the District of Columbia.

| | |
|---|---|
| Respectfully submitted, | THE STEWART LAW FIRM, PLLC |
| Dated: May 23, 2024 | /s/ Dawn C Stewart<br>Dawn C Stewart, Esq., DC Bar No. 458555<br>1600 N. Oak Street - Suite 1216<br>Arlington, VA  22209<br>Telephone:  (202) 276-9264<br>Email:  dstewart@thestewartlawfirm.com<br>*Counsel for Plaintiff Fariba Amiri* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2024, a true and correct copy of the foregoing Notice of Removal should be served electronically by a Notice of Electronic filing on all persons receiving notices in this Chapter 11 via the Court's CM/ECF system.  In addition, electronic notice has been given through the ECF system of the United States District Court for the District of Columbia to all counsel of record in Case No. 1:18-cv-00586 including counsel for all defendants in that action.

/s/ Dawn C. Stewart
Dawn C. Stewart