The order below is hereby signed.

Signed: June 24 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re:  **Omni Excavators, Inc.**  Debtor. | Case No. 24-00050-ELG  Chapter 11 |
|---|---|
| **Fariba Amiri,**  Plaintiff  v.  **Omni Excavators, Inc.,**  Defendant | Adv. Pro. No. 24-10018-ELG |

## ORDER DISMISSING COMPLAINT

The Court has before it the *Complaint* (ECF No. 1) removed by Fariba Amiri on May 23, 2024. Omni Excavators, Inc. filed a *Motion to Dismiss* (the "Motion") (ECF No. 4) and set the Motion for hearing on June 20, 2024. On June 11, 2024, the same complaint was referred from the District Court of the District of Columbia initiating Adversary Proceeding 24-10019-ELG.

Therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** that this adversary proceeding (ECF No. 1) is dismissed as duplicative.

[Signed and dated above.]

Copies to: Debtor; counsel for the parties.